IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03684-TPO

GULADI GELKHVIIDZE,

     Petitioner,

v.

JUAN BALTASAR, in his official capacity as
Warden of the GEO Aurora ICE Detention Facility,

ROBERT HAGAN, in his official capacity as
Field Office Director of the Denver Field
Office of Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement,

TODD MY LYONS, in his official capacity as
Acting Director, U.S. Immigration and
Customs Enforcement,

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security,

and

PAMELA JO BONDI, in her official capacity
as Attorney General of the United States,

in their official capacities,

     Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 20, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 13], and the Parties later filed their Joint Status Report [ECF 14] reporting that Petitioner was released from custody on March 10, 2026.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.